ALPHA–OMEGA AMUSEMENTS, INC. v.
TOWNSHIP OF PISCATAWAY.

June 19, 1984.

Petition for certification denied.

KEN HAVENS v. MARIA AVILES.

June 19, 1984.

Petition for certification denied.

P.R.I.D.E., INC. v. DIVISION OF HOUSING, BUREAU OF
CONSTRUCTION CODE ENFORCEMENT, DEPART-
MENT OF COMMUNITY AFFAIRS.

June 19, 1984.

Petition for certification denied.

ALVIN S. TRENK v. BENEFIT PLAN ADMINISTRATORS, INC.

June 19, 1984.

Petition for certification denied.